UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA HOPSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LONG JOHN SILVER'S ET AL.,<br><br>　　　　Defendant. | No. 2:12−CV−02070−TLN−EFB<br><br>**ORDER** |

　　　This case was filed in the Eastern District of California on August 7, 2012. On April 8, 2013, this case was reassigned to the undersigned. On June 10, 2013, this Court directed the parties to file a joint status report on or before July 10, 2013. (*See* Minute Order, ECF No. 13.) Two weeks after the Court's deadline, Plaintiff filed a status report in which Plaintiff informed the Court that Defendants had not been properly served. (ECF No. 14 at 2.) In response, on July 25, 2013, the Court ordered Plaintiff to affect service on Defendants and file proof of service with this Court within 21 days of entry of the Court's Order. (*See* Minute Order, ECF No. 16.) Additionally, the Court directed the parties to file a Joint Status Report on or before October 25, 2013. (ECF No. 16.) Plaintiff failed to comply. Thus, the Court issued another minute order on November 1, 2013, sanctioning Plaintiff's attorney for noncompliance and ordering Plaintiff to show cause in writing, within 14 days, as to why the Court should not dismiss Plaintiff's complaint for failure to prosecute and failure to serve Defendants in compliance with Fed. R. Civ.

1

P. 4(m).  (Minute Order, ECF No. 17.)  Plaintiff's counsel subsequently paid the fine, but failed to comply with this Court's order to show cause.  (*See* Decl. re Sanctions, ECF No. 18.)

       The Court is allowing Plaintiff one final opportunity to comply with this Court's order to show cause.  Failure to file in writing reasons as to why the Court should not dismiss Plaintiff's complaint for failure to prosecute and failure to serve Defendants in compliance with Fed. R. Civ. P. 4(m) within 10 days of the entry of this order will result in dismissal of this case.

       IT IS SO ORDERED.

Dated: November 19, 2013

                              Troy L. Nunley
                              United States District Judge