1  Russell S. Humphrey  (SBN 208744)
   Humphrey Law Group
2  1420 S. Mills Avenue, Suite H
   Lodi, CA  95242
3  TELEPHONE (209)625-8976
   FACSIMILE (209)625-8673
4  E-MAIL: russell@humphreylawgroup.net
   Attorney for Plaintiff Cynthia Hopson

5

6

7

8
                  **UNITED STATES DISTRICT COURT**
9
                **EASTERN DISTRICT OF CALIFORNIA**
10

11                                      ) **2:12-cv-2070-TLN-EFB**
   CNYTHIA HOPSON,                      )
12                                      )
              Plaintiff,                )
13                                      ) **REQUEST FOR DISMISSAL OF**
       vs.                              ) **ALL DEFENDANT WITH**
14                                      ) **PREJUDICE; PROPOSED ORDER**
   LONG JOHN SILVER'S, et al.,          )
15                                      )
              Defendants.               )
16                                      )
                                        )
17 ─────────────────────────────────────)

18
       PLAINTIFF, Cynthia Hopson, through counsel Russell S.
19
   Humphrey, hereby requests an order dismissing, with prejudice,
20
   ALL DEFENDANTS from the above-entitled action with prejudice.
21
   PLAINTIFF requests all defendants of this civil matter be
22
   dismissed and the case closed.  PLAINTIFF'S request is made
23
   pursuant to FRCP 41 (a)(2).
24
   ///
25
   ///
26

27

28

   2:12-CV-02070-TLN-EFB
   Request for Dismissal and Order      - 1 -

Dated:  April 29, 2014

Humphrey Law Group

/s/ Russell S. Humphrey
By: RUSSELL S. HUMPRHEY
Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: April 29, 2014

_____
Troy L. Nunley
United States District Judge

2:12-CV-02070-TLN-EFB
Request for Dismissal and Order        - 2 -